BEFORE THE THIRD DIVISION, APRIL 17, 1957

**No. 60666.**—Arista Shipping Co., Inc. *v.* United States, protest 298084–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.